Randal M. Barnum     State Bar No. 111287
Carrie E. Croxall    State Bar No. 190430
LAW OFFICES OF RANDAL M. BARNUM
279 East H Street
Benicia, CA 94510
Telephone:  (707) 745-3747
Facsimile:  (707) 745-4580
rmblaw@pacbell.net
ccroxall@rmblaw.com

Attorneys for Plaintiff
JAREK BENSON

SEYFARTH SHAW LLP
William J. Dritsas (SBN 97523)
Emily E. Barker (SBN 275166)
wdritsas@seyfarth.com
ebarker@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Defendant
TESORO REFINING & MARKETING COMPANY LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK BENSON,<br><br>         Plaintiff,<br><br>    v.<br><br>TESORO REFINING & MARKETING COMPANY, LLC; and DOES 1 through 50, inclusive,<br><br>         Defendant. | CASE NO. 3:14-cv-05240-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:       March 10, 2015<br>Time:       9:30 a.m.<br>Courtroom:  5, 17th Floor<br>Judge:      Hon. Edward M. Chen |

Plaintiff JAREK BENSON and Defendant TESORO REFINING & MARKETING COMPANY, collectively "the PARTIES", by and through their attorneys of record, stipulate and agree as follows:

1. WHEREAS, this action was filed on October 2, 2014.

2. WHEREAS, the initial Case Management Conference (hereinafter "CMC") is scheduled for March 10, 2015 at 9:30 a.m.,

3. WHEREAS, the PARTIES wish to continue the March 10, 2015 CMC for a period of 60 to 90 days for the following reasons:

   a. Counsel for Plaintiff JAREK BENSON are unavailable for the CMC on March 10, 2015. Randal M. Barnum will be out of the country. The father-in-law of Carrie E. Croxall is hospitalized in San Diego in critical condition. Ms. Croxall will need to be in San Diego to assist in end of life and final planning decisions.

   b. The PARTIES have stipulated to mediation. ALJ David Kelley has been appointed as mediator. The parties anticipate completing mediation on or before May 7, 2015.

NOW THEREFORE, all PARTIES hereto stipulate and agree, and request, that the Court enter an Order continuing the CMC currently scheduled for March10, 2015 at 9:30 am in Courtroom 5 be rescheduled to a new date to be determined by the Court that is 60 to 90 days after March 10, 2015.

**IT IS SO STIPULATED AND AGREED TO BY:**

Dated: February 26, 2015                LAW OFFICES OF RANDAL M. BARNUM

                                        By:   /s/ Carrie E. Croxall
                                              Randal M. Barnum
                                              Carrie E. Croxall
                                              Attorneys for Plaintiff JAREK BENSON

Dated: February 27, 2015                SEYFARTH SHAW LLP


                                        By:  /s/ Emily E. Barker
                                              William J. Dritsas
                                              Emily E. Barker
                                              Attorneys for Defendant TESORO
                                              REFINING & MARKETING COMPANY
                                              LLC

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

**ORDER OF CONTINUANCE**

Based upon the Stipulation of the parties to continue the March 10, 2015 Case Management Conference and finding good cause therefore, the Court hereby orders the Case Management Conference in this matter to be continued to _June 11_____, 2015 at 9:30 a.m. in Courtroom 5. A joint CMC statement shall be filed by June 4, 2015. Counsel must appear in person.

IT IS SO ORDERED.

DATED:  3/3/15



Hon. Edwin M. Chen
United S[tates]

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen