1  LAW OFFICES OF RANDAL M. BARNUM
   Randal M. Barnum (SBN 111287)
2  279 East H Street
   Benicia, California  94510
3  Telephone:  (707) 745-3747
   Facsimile:   (707) 745-4580
4
   Attorneys for Plaintiff
5  JAREK BENSON

6  SEYFARTH SHAW LLP
   William J. Dritsas (SBN 97523)
7  wdritsas@seyfarthcom
   Emily E. Barker (SBN 275166)
8  ebarker@seyfarth.com
   560 Mission Street, 31st Floor
9  San Francisco, California 94105
   Telephone:     (415) 397-2823
10 Facsimile:      (415) 397-8549

11 SEYFARTH SHAW LLP
   Michael W. Kopp (SBN 206385)
12 mkopp@seyfarth.com
   400 Capitol Mall, Suite 2350
13 Sacramento, California 95814-4428
   Telephone:     (916) 448-0159
14 Facsimile:      (916) 558-4839

15
   Attorneys for Defendant
16 TESORO REFINING & MARKETING COMPANY LLC

17                          UNITED STATES DISTRICT COURT

18                         NORTHERN DISTRICT OF CALIFORNIA

19 | JAREK BENSON,                          | Case No. 3:14-cv-05240 EMC
20 |                    Plaintiff,          | **STIPULATION AND [PROPOSED]
21 |        v.                              | ORDER TO CONTINUE DEADLINE FOR
                                            | DISCOVERY CUTOFF**
22 | TESORO REFINING & MARKETING            | Judge:         Hon. Edward M. Chen
   | COMPANY LLC; and DOES 1 through 50,
23 | Inclusive,
24 |                    Defendants.

Pursuant to Local Rules 6-2 and 7-12, it is hereby stipulated, by and between plaintiff Jarek Benson ("Plaintiff") and defendant Tesoro Refining and Marketing Co., LLC ("Defendant") (collectively the "Parties") through their respective undersigned counsel as follows:

1. Non-expert discovery in this case is currently scheduled to close on January 21, 2016.

2. Good cause exists for a brief extension of the above deadline. The first Case Management Conference in this matter was held on June 11, 2015. The Court issued a scheduling order on June 12, 2015, setting a January 21, 2016 non-expert discovery cutoff. Prior to and after the initial Case Management Conference, the Parties have diligently conducted discovery, and have cooperated in good faith on the scheduling of multiple depositions and written discovery in this matter.

3. A second Case Management Conference was held on November 24, 2015. The Court directed the Parties to meet and confer regarding further alternative dispute resolution. On December 1, 2015, the Parties filed a joint status report confirming their agreement to participate in private mediation (Doc. 34.)

4. The Parties attended mediation on January 5, 2016, before mediator Cynthia Remmers. The Parties' post-mediation settlement discussions with mediator Cynthia Remmers are continuing.

5. A brief, three-week extension of the current discovery cutoff would assist the Parties in further settlement discussions, and would assist the Parties' in their cooperative efforts to date to complete discovery.

6. Plaintiff and Defendant have met and conferred and have stipulated to request a brief extension of the deadline for Plaintiff and Defendant to complete non-expert discovery to **February 12, 2016.**

7. No prior continuances or extensions of the January 21, 2016 discovery cutoff set in the Court's initial Case Scheduling Order have been sought by either party.

8. The requested extension will have no impact upon the remaining case deadlines.

///

///

///

///

///

Respectfully submitted this 7th day of January, 2016.

DATED: January 7, 2016    SEYFARTH SHAW LLP

By: /s/ Michael W. Kopp
William J. Dritsas
Emily E. Barker
Michael W. Kopp
Attorneys for Defendant
TESORO REFINING & MARKETING COMPANY LLC

DATED: January 7, 2016    LAW OFFICES OF RANDAL M. BARNUM

By: /s/ Randal M. Barnum
Randal M. Barnum
Carrie E. Croxall
Attorneys for Plaintiff
JAREK BENSON

Attorney for Plaintiff agreed with the contents of this document and authorized the filer to use his electronic signature.

### [~~PROPOSED~~] ORDER CONTINUING THE NON-EXPERT DISCOVERY CUTOFF

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The deadline for the Parties to complete all non-expert discovery is continued to **February 12, 2016.**

Dated: January 11, 2016

_____
Judge Edward M. Chen

IT IS SO ORDERED