1  LAW OFFICES OF RANDAL M. BARNUM
   Randal M. Barnum (SBN 111287)
2  279 East H Street
   Benicia, California 94510
3  Telephone: (707) 745-3747
   Facsimile: (707) 745-4580
4

   Attorneys for Plaintiff
5  JAREK BENSON

6  SEYFARTH SHAW LLP
   William J. Dritsas (SBN 97523)
7  wdritsas@seyfarthcom
   Emily E. Barker (SBN 275166)
8  ebarker@seyfarth.com
   560 Mission Street, 31st Floor
9  San Francisco, California 94105
   Telephone:   (415) 397-2823
10 Facsimile:   (415) 397-8549

11 SEYFARTH SHAW LLP
   Michael W. Kopp (SBN 206385)
12 mkopp@seyfarth.com
   400 Capitol Mall, Suite 2350
13 Sacramento, California 95814-4428
   Telephone:   (916) 448-0159
14 Facsimile:   (916) 558-4839

15
   Attorneys for Defendant
16 TESORO REFINING & MARKETING COMPANY LLC

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19 | JAREK BENSON,                              | Case No. 3:14-cv-05240 EMC
20 |        Plaintiff,                          | **JOINT NOTICE OF SETTLEMENT**
   |                                            | ORDER
21 |    v.                                      | Judge:      Hon. Edward M. Chen
22 | TESORO REFINING & MARKETING
23 | COMPANY LLC; and DOES 1 through 50,
   | Inclusive,
24 |        Defendants.
25

26

27

28

JOINT NOTICE OF SETLEMENT OF ACTION
CASE NO. 3:14-CV-05240

24105461v.1

The Parties wish to advise the Court that they have reached agreement to settle all claims in this matter, and will file a dismissal with the Court once they have executed the agreements and performed all obligations therein.

DATED: January 19, 2016                SEYFARTH SHAW LLP

By: ___/s/ Michael W. Kopp___
William J. Dritsas
Emily E. Barker
Michael W. Kopp
Attorneys for Defendant
TESORO REFINING & MARKETING COMPANY LLC

DATED: January 19, 2016                LAW OFFICES OF RANDAL M. BARNUM

By: _/s/ Randal M. Barnum_
Randal M. Barnum
Carrie E. Croxall
Attorneys for Plaintiff
JAREK BENSON

Attorney for Plaintiff agreed with the contents of this document and authorized the filer to use his electronic signature.

IT IS SO ORDERED that the status Conference is reset from 2/18/16 to 3/3/16 at 10:30 a.m.  An updated joint status report shall be filed by 2/25/16.  The 3/3/16 status will be vacated once a stipulation for dismissal is filed.

_____
EDWARD M. CHEN
U.S. DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA