LAW OFFICES OF RANDAL M. BARNUM
Randal M. Barnum (SBN 111287)
279 East H Street
Benicia, California 94510
Telephone: (707) 745-3747
Facsimile: (707) 745-4580

Attorneys for Plaintiff
JAREK BENSON

SEYFARTH SHAW LLP
William J. Dritsas (SBN 97523)
wdritsas@seyfarthcom
Emily E. Barker (SBN 275166)
ebarker@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Michael W. Kopp (SBN 206385)
mkopp@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
TESORO REFINING & MARKETING COMPANY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK BENSON,<br>Plaintiff,<br>v.<br>TESORO REFINING & MARKETING COMPANY LLC; and DOES 1 through 50, Inclusive,<br>Defendants. | Case No. 3:14-cv-05240 EMC<br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br>Judge: Hon. Edward M. Chen |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree that this action shall be dismissed with prejudice, with all parties to assume their own attorneys' fees and costs, and with all parties waiving all rights of appeal and/or requests for fees or costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January __, 2016

SEYFARTH SHAW LLP

By: /s/ Michael W. Kopp
William J. Dritsas
Emily E. Barker
Michael W. Kopp
Attorneys for Defendant
TESORO REFINING & MARKETING COMPANY LLC

DATED: January 28, 2016

LAW OFFICES OF RANDAL M. BARNUM

By: Randal M. Barnum
Randal M. Barnum
Carrie E. Croxall
Attorneys for Plaintiff
JAREK BENSON

Attorney for Plaintiff agreed with the contents of this document and authorized the filer to use his electronic signature.

IT IS SO ORDERED:

EDWARD M. CHEN
U.S. DISTRICT JUDGE






24105481v.1